■ RALPH ZEMAN, Individually and as Father of BENJAMIN ZEMAN, an Infant, Respondent, v. HERBERT DEWES, Appellant.— Order, Supreme Court, Bronx County, entered on January 5, 1972, granting plaintiff's motion to set aside the verdict on the first cause of action for inadequacy and ordering a new trial on the issue of damages only unless defendant stipulates to increase the verdict to the sum of $35,000, unanimously affirmed, without costs and without disbursements. Defendant's time to stipulate is extended to 30 days after publication of this decision. The trial court properly exercised its discretion in setting the jury verdict aside for insufficiency and in granting a new trial unless defendant stipulated to pay the greater amount. Concur — Markewich, J. P., Murphy, McNally, Eager and Capozzoli, JJ.

■ TERRY L. VANDERKLOOT, Respondent, v. JAMES M. VANDERKLOOT, Appellant.— Judgment, Supreme Court, New York County, entered January 6, 1972, unanimously modified, on the law and on the facts, to the extent of reducing to $250 per week the amount that defendant shall pay to the plaintiff for her support and maintenance and by reducing to $5,000 the amount that defendant shall pay to the plaintiff for additional counsel fees inclusive of disbursements, and, as so modified, the judgment is affirmed, without costs and without disbursements. The record does not justify the awards of permanent alimony and additional counsel fees made at Trial Term and we consider them excessive to the extent indicated. Concur — Markewich, J. P., Murphy, McNally, Eager and Capozzoli, JJ.